IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Thomas J. Lamb,<br>dba Cleanouts & Lite Hauling, Inc.<br><br>Debtors. | Bankruptcy No. 10-19902-jkf<br><br>Chapter 13<br><br>Doc. No. 3-1 |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 3-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 3-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim (including attachments) (claim number 3-1) forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above on or before _____.

Dated:_____

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE