United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 10-19902-jkf
Thomas J. Lamb                                                            Chapter 13
      Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Randi          Page 1 of 1         Date Rcvd: May 24, 2019
                          Form ID: pdf900      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2019.
db          +Thomas J. Lamb,   2 Stuart Avenue,   Glenolden, PA 19036-1812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2019                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2019 at the address(es) listed below:
      ANN E. SWARTZ    on behalf of Creditor    PNC Bank National Association, Et Al...
       ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
      FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com
      FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
       ecf_frpa@trustee13.com
      HAROLD N. KAPLAN    on behalf of Creditor    PNC Mortgage hkaplan@rasnj.com
      JOSHUA ISAAC GOLDMAN     on behalf of Creditor    PNC Bank National Association, Et Al...
       bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
      MICHAEL  GUMBEL    on behalf of Debtor Thomas J. Lamb mgumbel@bainbridgelawcenter.com
      POLLY A. LANGDON    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com,
       ecf_frpa@trustee13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                        TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>Thomas J. Lamb,<br>dba Cleanouts & Lite Hauling, Inc.<br><br>Debtors. | Bankruptcy No. 10-19902-jkf<br><br>Chapter 13<br><br>Doc. No. 3-1 |
|---|---|

## ORDER OF COURT

**AND NOW**, upon consideration of the Motion to Redact and Restrict Public Access and Authorize Filing of Replacement Proof of Claim (claim number 3-1) filed by PNC Bank NA;

**AND**, the Court concluding that the subject Proof of Claim (including attachments) (claim number 3-1) fails to comply with Fed. R. Bankr. P. 9037;

It is therefore **ORDERED** that:

1. This Motion is **GRANTED**.

2. The Clerk **SHALL PROHIBIT PUBLIC ACCESS** to Proof of Claim (including attachments) (claim number 3-1) forthwith.

PNC Bank NA shall file redacted copies of the document(s) identified in Paragraph 2 above **on or before** May 31, 2019.

Dated: May 23, 2019

BY THE COURT:

_____
HONORABLE JEAN K. FITZSIMON
UNITED STATES BANKRUPTCY JUDGE